**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6673**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

NATHANIEL JONES, a/k/a Devon Najee Hinton,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:06-cr-00044-REP-1)

_____

Submitted: August 16, 2012        Decided: August 20, 2012

_____

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Nathaniel Jones, Appellant Pro Se. Olivia L. Norman, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Jones appeals the district court's order denying his motion seeking a reduction of sentence under 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error, given that Jones is ineligible for the reduction that he seeks. Accordingly, we affirm the judgment of the district court. <u>United States v. Jones</u>, No. 3:06-cr-00044-REP-1 (E.D. Va. Mar. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>